UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHWINI NELSON *and* <br> AARON NELSON, <br><br> *Plaintiffs*, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION H-16-778 |

# ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that defendant Ocwen Loan Servicing, LLC's motion to dismiss (Dkt. 14) be GRANTED in part, and DENIED in part. Dkt. 16. The M&R advises that any parties wishing to object to the M&R must do so within fourteen days, by November 21, 2016. *Id.* at 24. The court has received no objections. The court, having reviewed the M&R, relevant documents in the record, and the applicable law, having received no objections, and finding no error, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, the defendant's motion to dismiss (Dkt. 16) is GRANTED in part, and DENIED in part.

Signed at Houston, Texas on December 15, 2016.

_____
Gray H. Miller
United States District Judge